UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| STEVE C. BRYAN,<br><br>   Plaintiff,<br><br> v.<br><br>MICHAEL J. ASTURE,<br>Commissioner of Social Security,<br><br>   Defendant. | No. CV 06-5157 FFM<br><br>JUDGMENT OF REMAND |

  The Court having entered an Order pursuant to Sentence 4 of 42 U.S.C. § 405(g).

  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Order dated March 16, 2009.


DATED:  March 16, 2009

             /S/ FREDERICK F. MUMM
             FREDERICK F. MUMM
             United States Magistrate Judge