IRENE RUZIN, ATTORNEY AT LAW CSB# 125763
LAW OFFICES OF IRENE RUZIN
16311 VENTURA BLVD., SUITE 900
ENCINO, CA 91436
TEL:  (818) 325-2888 FAX: (818) 325-2890
ireneruzin@earthlink.net

Attorney for Plaintiff, STEVE C. BRYAN

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| STEVE C. BRYAN,<br><br>　　　　Plaintiff,<br>　　vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　Defendants. | Case No.: CV 06-05157 (FFM)<br><br>[<s>PROPOSED</s>]  ORDER<br>AWARDING EAJA FEES<br><br><br><br>FREDERICK F. MUMM<br>UNITED STATES MAGISTRATE<br>JUDGE |

　　　　Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

**IT IS ORDERED** that Plaintiff' attorney, Irene Ruzin,  as Plaintiff's assignee,  is awarded attorney's fees under the Equal Access to Justice Act ("EAJA") in the amount of THREE THOUSAND NINE HUNDRED DOLLARS ($3,900.00), as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

DATED:  __May 11, 2009___

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　/S/ FREDERICK F. MUMM_
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　FREDERICK F. MUMM
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE